HN012

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

Case No. 11–01278

Chapter 13

In re:

    Julie Diane Jackola
    122a Kahako St.
    Kailua, HI 96734

Social Security No.:
    xxx–xx–2334

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL OF CASE

**Please take notice** that on July 15, 2011 the court entered an order dismissing this bankruptcy case.

The original order is on file in the Clerk's Office of the court and can be accessed on the Internet using PACER for a fee. Information on the PACER system can be found on the court's web page:**www.hib.uscourts.gov**

| | |
|---|---|
| Dated: July 15, 2011 | FOR THE COURT |
| **Address of the Bankruptcy Clerk's Office:**<br>1132 Bishop Street<br>Suite 250<br>Honolulu, HI 96813 | Clerk of the Bankruptcy Court:<br><br>**Michael B. Dowling** |
| Telephone number: (808) 522–8100 | |

```
                              United States Bankruptcy Court
                                    District of Hawaii
In re:                                                                Case No. 11-01278-rjf
Julie Diane Jackola                                                   Chapter 13
        Debtor                        CERTIFICATE OF NOTICE
District/off: 0975-1           User: mbd                    Page 1 of 1                  Date Rcvd: Jul 15, 2011
                               Form ID: hn012               Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2011.
db           +Julie Diane Jackola,    122a Kahako St.,    Kailua, HI 96734-5138
cr           +Apartment Owners of Kaopa Park Place,    c/o Kessner Umebayashi Bain & Matsunaga,
               220 S King St, #1900,    Honolulu, HI 96813-4593
1092925       AOAO of Kaopa Park Place,    c/o Certified Mgmt., Inc.,    3179 Koapaka St.,
               Honolulu, HI 96819-5199
1090200      +Attorney General,    425 Queen St.,    Honolulu, HI 96813-2903
1090215      +Blake Goodman, P.C.,    Pioneer Plaza,    900 Fort Street Mall #1727,    Honolulu, HI 96813-3713
1095821      +GMAC Mortgage, LLC,    1100 Virginia Drive,    Ft Washington, PA 19034-3204
1090202       Gmac Mortgage,    P.o. Box 4622,    Waterloo , IA 50704-4622
1096597      +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk VA 23541-0907
1090203       Hawaii Dept. Of Taxation,    PO Box 1530,    Honolulu, HI 96806-1530
1090204      +Hawaii Dept. of Taxation,    Bankruptcy Unit,    PO Box 259,    Honolulu, HI 96809-0259
1090206       Kaopa Park Place,    3179 Koapaka St.,    Honolulu , HI 96819
1090207       Marvin S.c. Dang,    P.o. Box 4109,    His Amount $1,424.48,    Honolulu , Hi 96812-4109
1090208      +Michael R. Vieira,    1099 Alakea St., Suite 1400,    Honolulu , Hi 96813-4500
1090209      +Motooka Yamamoto & Revere,    1000 Bishop St., Suite 801,    Honolulu , Hi 96813-4208
1090210       Municipal Services Bureau,    P.o. Box 16755,    Austin , TX 78761-6755
1090211      +Routh Crabtree Olsen,    900 Fort Street Mall, Suite 305,    Honolulu, HI 96813-3721
1090213      +Windward Fcu,    116 Hekili St.,    Kailua , HI 96734-2847

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
1090201       EDI: CAPITALONE.COM Jul 16 2011 01:33:00      Capital One Bank,    P.o. Box30285,
               Salt Lake City , UT 84130-0285
1104723       EDI: CAPITALONE.COM Jul 16 2011 01:33:00      Capital One Bank (USA), N.A.,
               by American InfoSource LP as agent,    PO Box 71083,    Charlotte, NC 28272-1083
1090205       EDI: IRS.COM Jul 16 2011 01:33:00      IRS,    P.O. Box 21226,    Philiadelphia, PA 19114
1093724      +EDI: MID8.COM Jul 16 2011 01:33:00      Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
1090212      +EDI: CITICORP.COM Jul 16 2011 01:33:00      Thd/cbsd,    P.o. Box 6497,
               Sioux Falls , SD 57117-6497
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +GMAC Mortgage, LLC,    1100 Virginia Drive,    Ft. Washington, PA 19034-3204
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 17, 2011**            **Signature:** *Joseph Speetjens*